FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

NOV 1 2 2025

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| PEGGY A. WILLIAMS | ) | Case No. 1 : 25 - CV - 6503 |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| INFOSYS MCCAMISH SYSTEMS, LLC | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Peggy A. Williams |
| Street Address | P.O. Box 21971 |
| City and County | San Jose, Santa Clara County |
| State and Zip Code | California |
| Telephone Number | 408-520-8022 |
| E-mail Address | pawwil@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                            InfoSys McCamish Systems, LLC

Job or Title *(if known)*

Street Address                  3225 Cumberland Blvd SE, Suite 700

City and County                 Atlanta

State and Zip Code              Georgia

Telephone Number                770-690-1500

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Peggy A. Williams                     , is a citizen of the State of *(name)*  California                      .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                         , is incorporated under the laws of the State of *(name)*                      ,

        and has its principal place of business in the State of *(name)*

                                 .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*                      , is a citizen of the State of *(name)*                      . Or is a citizen of *(foreign nation)*

      b.     If the defendant is a corporation

               The defendant, *(name)* InfoSys McCamish Systems, Inc. , is incorporated under

               the laws of the State of *(name)* Georgia , and has its

               principal place of business in the State of *(name)* Georgia .

               Or is incorporated under the laws of *(foreign nation)* ,

               and has its principal place of business in *(name)* .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

          Due to Defendant's failure to property secure and safeguard personally identifiable information (PII) of Plaintiff exploited by Defendant's Data Breach event on November 2, 2023 unauthorized access/acquisition. Plaintiff is requesting an award of damages, including, but not limited to, actual, consequential, and nominal damages, of $850,000 that includes recovery of banking and personal accounts, fees and charges for all costs of recover and cost for the loss of intellectual ■

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant's failure to properly secure and safeguard personally identifiable information ("PII") including but not limited to, Plaintiff's name, Social Security number, birth date, demographic information, Financial account number, policy and other financial information. Defendants' unreasonable and inadequate data security practices put the Plaintiff at a current and ongoing risk for identify theft, invasion of privacy, financial costs mitigating risk of identity theft, loss and diminished of PII. Defendants failed to take appropriate steps to protect the PII of Plaintiff from being compromised. The ramification of Defendants' failure to keep secure the PII and protect intellectual property of Plaintiff are long lasting and severe and the risk of fraud. (SEE ATTACHMENT A)

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For an award of expenses for claims, damages and emotional distress $850,000 and $850,000 punitive damages as allowed by law; For prejudgment interest on all amounts awarded;Identity Theft Insurance of $1 Million to mitigate future damages. Such other and further relief as this Court may deem just and proper seek all damages available under the law, including compensatory, consequential, and nominal damages suffered as a result of the Data Breach. Wrongs continuing is the unexpected expenses and loss or privacy Financial loss and reputation causing devastating damage for owned business and Intellectual Property

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10/29/2025

Signature of Plaintiff

Printed Name of Plaintiff        Peggy A. Williams

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**ATTACHMENT A\***

Plaintiff Peggy A. Williams, pro se ("Plaintiff"), brings this action against Infosys McCamish Systems, LLC ("Defendant") and seeks to hold Defendant accountable for injuries inflicted upon Plaintiff. In support of her complaint, Plaintiff alleges the following:

1. Plaintiff brings this lawsuit against Defendant for its failure to adequately secure and protect sensitive Personally Identifiable Information ("PII") belonging to Plaintiff.

2. Plaintiff entrusted her sensitive personal information to Defendant, expecting it to be safeguarded against unauthorized disclosure. However, this information was compromised and unlawfully stolen due to a data breach.

3. The PII that was compromised in the data breach included Plaintiff's full name, email address, mailing address, phone number, social security number, and other financial information.

4. This action stems from a recent targeted cyberattack on Defendant, which enabled a third party to gain access to Defendant's computer systems and data, resulting in the exposure of highly sensitive personal information (the "Data Breach").

5. Plaintiff suffered concrete injuries, including but not limited to:

   - Invasion of privacy.
   - Theft of Plaintiff's PII, as well as a heightened risk of theft of Plaintiff's intellectual property.
   - Lost or diminished value of Plaintiff's PII and intellectual property.
   - Lost opportunity costs associated with mitigating the consequences of the data breach.
   - Statutory and nominal damages.
   - Continued vulnerability of Plaintiff's PII, which remains unencrypted and accessible to unauthorized third parties, leading to potential further disclosures as long as Defendant fails to  take appropriate measures to protect the PII.

6. The data breach resulted directly from Defendant's negligence in failing to implement adequate and reasonable cybersecurity procedures and protocols necessary to protect Plaintiff's PII from foreseeable and preventable cyberattacks.

7. Plaintiff's identity is at risk due to Defendant's negligent conduct, as the PII collected and maintained by Defendant has been accessed and acquired by cybercriminals.

8. Plaintiff is now exposed to a heightened and imminent risk of fraud and identity theft on the dark web. Consequently, Plaintiff must closely monitor all financial accounts to protect against identity theft in the present and future.

Plaintiff's PII Was Exposed

Plaintiff's compromised PII includes:

- Name
- Address
- Contact information
- Identity-linked identifiers
- Information connected to Plaintiff's patent ownership and registration

This PII provides access to Plaintiff's inventor identity, USPTO access points, licensing communications, and patent-related systems.

- Exposure of PII Is Directly Connected to the Plaintiff's U.S.-issued patent No. **US D888,334 S**
- Plaintiff's PII is tied to a U.S.-issued patent that has commercial value.

The compromised PII is used for:

- patent-owner verification,
- USPTO account authentication,
- licensing negotiations,
- inventor identity management,
- business and commercialization activities.

Because this PII was exposed, unauthorized actors can impersonate Plaintiff within patent-related systems.

Infosys's Negligence Increased Risk of IP Theft and Commercial Harm

Plaintiff now faces:

a. risk of unauthorized access to patent-related accounts;

b. interference with licensing or commercialization;

c. impersonation of Plaintiff as patent owner;

d. loss of competitive advantage;

e. loss of control over confidential invention-related materials.

Plaintiff incurred costs to secure accounts, communications, and IP-related systems as a direct result of the breach.

Plaintiff Opted Out of the Class Settlement

Plaintiff properly opted out of the Infosys class action settlement on November 3, 2024.

Plaintiff's injuries are unique and not covered by the class settlement, including patented IP risks and commercial harm.

NEGLIGENCE

Infosys owed Plaintiff a duty to implement and maintain reasonable cybersecurity to protect sensitive PII.

Infosys breached its duty by failing to:

- encrypt sensitive data,
- implement industry-standard safeguards,
- prevent unauthorized access,
- timely detect intrusions.

Infosys's negligence directly and proximately caused Plaintiff's damages, including:

- mitigation costs,
- increased cybersecurity expenses,
- IP-related risks,
- competitive harm,
- market impairment of Plaintiff's patent value.

BREACH OF IMPLIED CONTRACT

- Plaintiff relied on Infosys to protect PII and to safeguard identity-linked information tied to Plaintiff's patent.
- Infosys accepted this PII and thereby entered into an implied contract to safeguard it.
- Infosys breached this implied contract by failing to implement adequate cybersecurity measures, resulting in Plaintiff's damages.

INVASION OF PRIVACY / PUBLIC DISCLOSURE OF PRIVATE FACTS

- Infosys exposed Plaintiff's sensitive PII to unauthorized actors.
- Plaintiff's PII has unique economic and competitive value due to its connection to Plaintiff's patent.
- Infosys's actions constitute an invasion of privacy under Georgia law.

GEORGIA UNFAIR OR DECEPTIVE PRACTICES (O.C.G.A. § 10-1-393)

- Infosys represented that it maintained adequate data security.

- Infosys failed to disclose material facts about its security vulnerabilities.
- Plaintiff suffered damages due to Infosys's unfair and deceptive acts.

Plaintiff individually requests the following relief:

- A mandatory injunction directing Defendant to adequately safeguard Plaintiff's PII by implementing improved security measures and protocols.
- An order requiring Defendant to protect and encrypt all data collected and mandating that Defendant delete and purge Plaintiff's PII.
- A prohibition against Defendant acquiring Plaintiff's PII on a cloud-based database until appropriate safeguards and processes are regularly implemented.
- An order requiring Defendant to engage independent third-party security auditors and conduct regular automated security monitoring and audits of Defendant's systems on a weekly or monthly basis.
- An award of damages, including actual, nominal, statutory, consequential, in the amount of $850,000 and punitive damages, in the amount of $850,000, as permitted by law.
- An award for court costs, fees, litigation expenses, and all other related costs as allowed by law. as permitted by law.